DON KAUER, dba DON'S ALOHA CHEVRON SERVICE, Plaintiff-Appellee, *v.* RONALD AMEMIYA,[1] Director, Consumer Protection Agency, State of Hawaii, Defendant-Appellant

NO. 5661

FEBRUARY 28, 1975

RICHARDSON, C.J., KOBAYASHI, OGATA
AND MENOR, JJ., AND RETIRED JUSTICE LEWIS
ASSIGNED BY REASON OF VACANCY

*Per Curiam.* We are of the opinion, upon consideration of the briefs and argument in this case, that the appellant is without power to promulgate substantive rules and regulations under the provisions of HRS Chapter 487.

Affirmed.

*Charles F. Fell (Mirikitani, Thurston & Tongg* of counsel) for defendant-appellant.

*Paul E. DiBianco (Hyman M. Greenstein* on the brief) for plaintiff-appellee.

---

[1] Director of the Office of Consumer Protection at the time of the inception of the case.